_____
Honorable Bruce T. Beesley
United States Bankruptcy Judge

Entered on Docket
May 02, 2016

_____

ALAN R. SMITH, ESQ.
Nevada Bar No. 1449
Law Offices of Alan R. Smith
505 Ridge Street
Reno, Nevada 89501
Telephone (775) 786-4579
Facsimile (775) 786-3066
**E-mail: mail@asmithlaw.com**

Proposed Counsel for Debtor

*ELECTRONICALLY LODGED*
*April 26, 2016*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

—ooOoo—

In Re:

ELITE ENERGY ENGINEERING, LLC,

    Debtor.
_____/

Case No. BK-16-50387-BTB
Chapter 11

**ORDER APPROVING APPLICATION TO EMPLOY LAW OFFICES OF ALAN R. SMITH AS COUNSEL FOR THE DEBTOR**

Hearing Date: April 25, 2016
Hearing Time: 10:00 a.m.

This matter having come on for hearing on April 25, 2016, upon the Application To Employ Law Offices Of Alan R. Smith As Counsel For The Debtor [DE 18]. The Court having read and reviewed the papers and pleadings on file herein and considered the arguments of counsel and good cause appearing therefor,

IT IS HEREBY ORDERED that the employment of the Law Offices of Alan R. Smith, as counsel for the Debtor, in these bankruptcy proceedings, shall be, and the same

**Law Offices of**
**ALAN R. SMITH**
**505 Ridge Street**
**Reno, Nevada 89501**
**(775) 786-4579**

H:\Elite Energy Engineering\Employ\Ord App Empl ARS 042516-rmb.wpd

1  hereby is, authorized and approved effective as of the date herein, and

2      IT IS HEREBY FURTHER ORDERED that the Law Offices of Alan R. Smith shall

3  be compensated at reasonable rates as approved by the Court upon future application.

4      IT IS SO ORDERED.

5      In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

☐     The court has waived the requirement set forth in LR 9021(b)(1).

■     No party appeared at the hearing or filed an objection to the motion.

☐     I have delivered a copy of the proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

Trustee:

**APPROVED**

UNITED STATES TRUSTEES OFFICE

By:    */s/ Nick Strozza*
    _____

OR:
    No Appearance at hearing; no additional service required.

☐     I certify that this is a case under Chapter 7 or 13, that I served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of this order.

PREPARED AND SUBMITTED BY:
LAW OFFICES OF ALAN R. SMITH

By:    */s/ Alan R. Smith*
    ALAN R. SMITH, ESQ.
    Proposed Attorney for Debtor

# # #

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada  89501
(775) 786-4579

H:\Elite Energy Engineering\Employ\Ord App Empl ARS 042516-rmb.wpd   - 2 -