1   ALAN R. SMITH, ESQ.
    Nevada Bar No. 1449
2   Law Offices of Alan R. Smith
    505 Ridge Street                          ***ELECTRONICALLY FILED***
3   Reno, Nevada  89501                       ***May 3, 2016***
    Telephone (775) 786-4579
4   Facsimile (775) 786-3066
    *Email: mail@asmithlaw.com*

5
    Counsel for Debtor
6

7

8

9                   UNITED STATES BANKRUPTCY COURT

10                         DISTRICT OF NEVADA

11                             —ooOoo—

12  In Re:                              Case No. BK-16-50387-BTB
                                        Chapter 11
13  ELITE ENERGY ENGINEERING, LLC,
                                        **NOTICE OF ENTRY OF ORDER**
14                                      **APPROVING MOTION TO SELL**
                                        **ASSETS FREE AND CLEAR OF**
15            Debtor.                   **LIENS**

16                                      Hearing Date:  April 25, 2016
                                        Hearing Time: 10:00 a.m.
17  _____/

18          PLEASE TAKE NOTICE that the above-entitled Court entered an Order Approving

19  Motion To Sell Assets Free and Clear of Liens [DE 42] on the 2nd day of May, 2016

20  ("Order").  A copy of said Order is attached hereto as **Exhibit "A"** and made a part hereof.

21          **DATED** this 3rd day of May, 2016.

22                                      LAW OFFICES OF ALAN R. SMITH

23                                      By:_____*/s/ Alan R. Smith*_____
                                             ALAN R. SMITH, ESQ.
24                                           Attorney for Debtor

25

26

27

28

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada  89501
(775) 786-4579      H:\Elite Energy Engineering\Mot Sell\NOE Ord Mot Sell Assets 050316-rmb.wpd



*Bruce T Beesley*

—————————————————
Honorable Bruce T. Beesley
United States Bankruptcy Judge

Entered on Docket
May 02, 2016

ALAN R. SMITH, ESQ.
Nevada Bar No. 1449
Law Offices of Alan R. Smith
505 Ridge Street
Reno, Nevada 89501
Telephone (775) 786-4579
Facsimile (775) 786-3066
**E-mail: mail@asmithlaw.com**

Proposed Counsel for Debtor

*ELECTRONICALLY LODGED*
*April 26, 2016*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

—ooOoo—

In Re:

ELITE ENERGY ENGINEERING, LLC,

                    Debtor.

_____/

Case No. BK-16-50387-BTB
Chapter 11

**ORDER APPROVING MOTION TO SELL ASSETS FREE AND CLEAR OF LIENS**

Hearing Date:  April 25, 2016
Hearing Time:  10:00 a.m.

The Court conducted a hearing on April 25, 2016 at 10:00 a.m. on the Debtor's Motion To Sell Assets Free And Clear Of Liens [DE 12] (the "Motion"). The following parties appeared:

• Alan R. Smith, Esq., of The Law Offices Of Alan R. Smith, on behalf of the Debtor;

• Michael C. Van, Esq., on behalf of the proposed purchaser, 7100 Group, LLC;

• Kevin A. Darby, Esq., on behalf of Donald Keith Mooney, Trustee of the Arkansas Urology, PA PSP & 401K ("Mooney"), a bidder at the hearing;

**EXHIBIT "___A___"**

1    • A representative of Distributor Power Systems, a bidder at the hearing; and

2    • Various previous employees of the Debtor.

3    The Court disallowed Mooney to credit bid the amount of its alleged secured claim. The

4    Court considered the various offers presented by potential purchasers, and upon conclusion of the

5    bidding process determined that 7100 Group, LLC (the "Purchaser") offered the successful bid of

6    $460,000.00. Having considered the Motion, as well as the arguments of counsel, and good cause

7    appearing,

8    IT IS THEREFORE HEREBY ORDERED as follows:

9    1.    The Motion is APPROVED, with the modification that the purchase price is

10        increased to $460,000.00 cash.

11    2.    The sale shall be free and clear of all liens and encumbrances.

12    3.    The 14 day stay imposed by Fed.R.Bankr.P. 6004(h) is waived.

13    4.    The Debtor and the Purchaser, have acted in good faith for the purposes of §363(m).

14    5.    The sale shall close within 10 days following the entry of this order.

15    IT IS SO ORDERED.

16    In accordance with Local Rule 9021, counsel submitting this document certifies that the order
accurately reflects the court's ruling and that (check one):

17

18    ■    I have delivered a copy of the proposed order to all counsel who appeared at the
hearing, and any unrepresented parties who appeared at the hearing, and each has
approved or disapproved the order, or failed to respond, as indicated below [list each

19        party and whether the party has approved, disapproved, or failed to respond to the
document]:

20

21    Counsel appearing:

22    **APPROVED**

23    DARBY LAW PRACTICE, LTD.

24                */s/ Kevin A. Darby*
     By:_____

25        Kevin A. Darby, Esq.
        Attorney for Donald Keith Mooney

26    ///

27    ///

28    ///

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada 89501
(775) 786-4579

H:\Elite Energy Engineering\Mot Sell\Ord Mot Sell Assets 042516-rmb.wpd    - 2 -

1            **APPROVED**

2            SHUMWAY VAN

3                 */s/ Michael C. Van*

           By:_____

4

5                 Michael C. Van Esq.
                Attorney for 7100 Group, LLC

6 RESPECTFULLY SUBMITTED BY:

7 LAW OFFICES OF ALAN R. SMITH

8
  By:     */s/ Alan R. Smith*
9

10    ALAN R. SMITH, ESQ.
   Proposed Attorney for Debtor

11                     ###

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada  89501
(775) 786-4529

H:\Elite Energy Engineering\Mot Sell\Ord Mot Sell Assets 042516-rmb.wpd  - 3 -